John F. Dietz
P.O. Box 4668, Suite 37210
New York, NY 10163
(917) 470-9078
(917) 591-9406 (FAX)
Defendant, Pro Se



OK

CHAMBERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANNE BENNETT MORRISON DIETZ,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN FORD DIETZ,<br><br>    Defendant. | Case No. No. 3:10-mc-80207-SI<br><br>DEFENDANT'S MOTION TO APPEAR BY TELEPHONE AT DECEMBER 9, 2010, HEARING |

COMES NOW Defendant, John F. Dietz ("Mr. Dietz"), appearing pro se, and in support of this motion to appear telephonically at the December 9, 2010, hearing in this proceeding, hereby provides as follows.

Presently, there is a hearing scheduled for December 9 in this proceeding and because of Mr. Dietz needing to provide parental care (Mr. Dietz's wife scheduled to travel for her work on December 9 and 10) and the amount of time and work disruption involved with traveling to and from California being significant, Mr. Dietz would like to be able to attend the scheduled hearing by telephone. In addition, it is noted that Mr. Dietz's resources are limited and that travel to

1
DEFENDANT'S MOTION TO APPEAR TELEPHONICALLY AT HEARING

and from California for the hearing would be a significant financial burden Mr. Dietz would like to be able to avoid without prejudicing his ability to participate in the hearing.

Plaintiff contacted Richard Morrison regarding whether or not he opposed the granting of this motion and Mr. Morrison indicated that he did not oppose the granting of this motion.

Accordingly, Plaintiff hereby respectfully requests to be allowed to appear telephonically at the December 3, 2010, hearing.

Respectfully submitted,

John F. Dietz, Pro Se
P.O. Box 4668, No. 37210
New York, NY 10163-4668
(917) 470-9078 (voice)
(917) 591-9406 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY under penalty of perjury under the laws of the United States of America that it is true and correct that I have served a copy of this pleading on the following individual appearing pro se in this proceeding by United States Mail, properly addressed, and first class postage prepaid, on this 12th day of November, 2010, and also on this same day served a copy of this pleading on the following individual electronically by way of the e-mail address he designated by way of pleadings he filed in this proceeding.

Richard Morrison
570 El Camino Real, #150-242
Redwood City, CA  94063
Richard@richardmorrison.com

John F. Dietz

2
DEFENDANT'S MOTION TO APPEAR TELEPHONICALLY AT HEARING