UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| ANNE BENNETT MORRISON DIETZ, ) | CHAMBERS |
| ) | |
| Plaintiff, ) | Case No. No. 3:10-mc-80207-SI |
| ) | |
| ) | |
| vs. ) | ORDER ALLOWING DEFENDANT |
| ) | TO APPEAR TELEPHONICALLY |
| ) | AT DECEMBER 9, 2010, HEARING |
| JOHN FORD DIETZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

THIS MATTER has come before the Court upon the motion of Defendant to attend telephonically the hearing set for December 9, 2010, and the Court having reviewed the Motion and having determined that good and reasonable grounds exists for the granting of the Motion;

It is therefore ORDERED that Plaintiff shall be allowed to attend by telephone the hearing set for December 9, 2010.

SO ORDERED this _____ day of _____, 2010.

*[signature: Susan Illston]*

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

*[signature]*

John F. Dietz, Pro Se
P.O. Box 4668, No. 37210
New York, NY 10163-4668
(917) 470-9078 (voice)
(917) 591-9406 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY under penalty of perjury under the laws of the United States of America that it is true and correct that I have served a copy of this pleading on the following individual appearing pro se in this proceeding by United States Mail, properly addressed, and first class postage prepaid, on this 12th day of November, 2010, and also on this same day served a copy of this pleading on the following individual electronically by way of the e-mail address he designated by way of pleadings he filed in this proceeding.

Richard Morrison
570 El Camino Real, #150-242
Redwood City, CA 94063
Richard@richardmorrison.com

*[signature]*

John F. Dietz